UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | CASE NO. 3:12CR239-FDW |
| v. | ) | |
| | ) | |
| (1) RAMIN AMINI | ) | |
| (2) VONETTA TYSON BARNES | ) | |
| (3) TRAVIS BUMPERS | ) | NOTICE OF CHANGE OF ADDRESS |
| (4) GLYNN HUBBARD | ) | |
| (5) VICTORIA HUNT | ) | |
| (6) TOBY HUNTER | ) | |
| (7) STEVEN JONES | ) | |
| (8) JOHN MCDOWELL | ) | |
| (9) KUROSH MEHR | ) | |
| (10) ANN TYSON MITCHELL | ) | |
| (11) JOHN WAYNE PERRY, JR. | ) | |
| (12) DONTE THOROGOOD | ) | |
| (13) CARRIE TYSON | ) | |
| (14) JAMES TYSON, JR. | ) | |
| (15) JAMES TYSON, SR. | ) | |
| (16) NATHAN SHANE WOLF | ) | |
| (17) PURNELL WOOD, | ) | |
| | ) | |

TO:    Clerk of the Court and all Parties

        PLEASE TAKE NOTICE of the following change of address effective August
31, 2015:

1

Aoki Law PLLC
1200 Fifth Ave., Suite 750
Seattle, WA 98101

As of the effective date, all notices, pleadings, correspondence, or any other materials related to this matter are to be directed to this new address.

Dated this 26th day of August, 2015.

*s/Russsell M. Aoki*
Russell M. Aoki, WSBA # 15717
Aoki Law PLLC
720 Olive Way, Ste. 1525
Seattle WA 98101
Telephone: (206) 624-1900
Facsimile: (206) 442-4396
Email: russ@aokilaw.com