UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

DOCKET NO.: 3:12cr239-GCM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| NATHAN SHANE WOLF (16) | ) | |

THIS MATTER IS BEFORE THE COURT upon the motion of Defendant, Nathan Shane Wolf, to extend reporting time to BOP. For cause shown, the Motion is GRANTED.

**IT IS ORDERED** that Defendant's date to report to the BOP is extended until **December 7, 2015.**

The Clerk is directed to furnish copies of this Order to defendant, defense counsel, United States Probation Office, the United States Marshal Service and the United States Attorney.

Signed: October 1, 2015

Graham C. Mullen
United States District Judge